## Commonwealth of Pennsylvania *v.* Dunkirk, Allegheny Valley & Pittsburg Railroad Company, Appellant.

Argued June 2, 1897.. Reargued Feb. 23, 1898. Appeal, No. 23, May T., 1897, by defendant, from judgment of C. P. Dauphin Co., Commonwealth Docket, 1896, No. 655, on appeal from tax settlement. Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

*M. E. Olmsted,* for appellant.

*John P. Elkin,* deputy attorney general, with him *Henry C. McCormick,* attorney general, for appellee.

OPINION BY MR. JUSTICE DEAN, October 17, 1898:

This case is ruled by Commonwealth v. New York, Pennsylvania & Ohio Railroad Company, in which opinion is this day handed down, ante, p. 169. The assignments of error are overruled, and the judgment is affirmed.